USCA1 Opinion

 

 May 15, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2158 JEROME E. CASSELL, Plaintiff, Appellant, v. STATE OF NEW HAMPSHIRE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Paul J. Barbadoro, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Jerome E. Cassell on brief pro se. _________________ ____________________ ____________________ Per Curiam. On a review of the complaint under 28 ___________ U.S.C. 1915(d), the district court dismissed the "retaliatory transfer" claims because they were frivolous. We are satisfied that there was no abuse of discretion since the complaint's allegations cannot support an inference of unlawful retaliation or conspiracy. Reviewing the dismissal of appellant's other claims de novo, we find no error in the __ ____ jurisdictional dismissal of the claims challenging the conditions of appellant's Virginia confinement and, following an opportunity to amend, the dismissal with prejudice of the claims alleging a deprivation of, or denial of access to, personal property and legal materials. See Denton v. ___ ______ Hernandez, 504 U.S. 25, 34 (1992); Forte v. Sullivan, 935 _________ _____ ________ F.2d 1 (1st Cir. 1991). Affirmed. ________ -2-